IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

MICHAEL SARLO AND LORY SARLO,
TRUSTEES OF THE ATLANTIS TRUST,
FOR AND ON BEHALF OF THE ATLANTIS TRUST          PLAINTIFFS

v.                              CIVIL ACTION NO. 1:20-cv-00183-GHD-RP

RUBY TUESDAY, INC.                                DEFENDANT

## ORDER OF DISMISSAL

The Court, having considered the Plaintiffs' stipulation [10] to dismiss all claims asserted herein without prejudice, finds that this matter should be dismissed without prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

IT IS, therefore, hereby ORDERED that all claims asserted in this lawsuit are DISMISSED WITHOUT PREJUDICE, and this case is CLOSED.

SO ORDERED, this the 24th day of August, 2021.

_____
SENIOR U.S. DISTRICT JUDGE